C. A. No. 77-122. STATE *v.* JAMES O'CONNELL. The state's motion to dismiss the defendant's appeal is granted unless the defendant files a transcript within sixty days of this order. Chief Justice Bevilacqua did not participate. *Julius C. Michaelson,* Attorney General, *Judith Romney*

*Wegner*, Special Assistant Attorney General, for plaintiff. *John F. Cicilline*, for defendant.